Jed W. Manwaring ISB #3040
EVANS KEANE LLP
1161 W. River Street, Suite 100
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
E-mail:  jmanwaring@evanskeane.com

**Attorneys for Trustee, Noah G. Hillen**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In Re: | Case No. 20-00339-TLM |
|---|---|
| EMILY A. TYNON, | Chapter 7 |
| Debtor. | |

### TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS
### AND VERIFICATION OF ATTORNEY

---

**Notice of Trustee's Application to Employ Attorneys and Verification of Attorney and Opportunity to Object and for a Hearing**

<u>No Objection</u>.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>.  The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

*TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS AND VERIFICATION OF ATTORNEY - 1*

Pursuant to 11 *U.S.C. §* 327 the application of Noah G. Hillen, Trustee, respectfully alleges:

1. Applicant is the duly qualified and acting trustee in the above case.

2. The Estate in this case is entitled to an inheritance interest from the Debtor's deceased mother pursuant to Bankruptcy Code § 541(a)(5)(A). The mother's estate includes valuable real property. An attorney is needed to prepare and file the probate estate for the Debtor's mother in order that the bankruptcy estate may obtain the value for the benefit of the creditors.

3. Applicant alleges that the attorneys, including Jed W. Manwaring, Brian L. McMahan, and Crystal D. Berry, of the law firm of Evans Keane LLP, whose address is 1161 W. River St., Suite 100, P.O. Box 959, Boise, ID 83701-0959, would be competent and disinterested attorneys to represent your applicant.

4. These attorneys have been selected because of their familiarity with the Bankruptcy Code and experience in representing bankruptcy estates, and probate. The professional services to be rendered by the attorneys include but are not limited to: preparation of the probate estate, demands on adverse parties, negotiations, drafting pleadings; reviewing pleadings filed by other parties; discovery; trial in the probate case if necessary; and any other legal services the estate/trustee may require.

5. Applicant believes that said law firm and its members and associates do not hold or represent any interest adverse to debtors' estate and have no connection with the United States Trustee's Office ("USTO") or any person employed in the USTO. Trustee believes that said law firm is a disinterested person within the meaning of 11 *U.S.C. §* 101(14).

6. Applicant is informed that the law firm is willing to proceed on an hourly basis of $250 per hour for partners and of-counsel, $225 for associates, and $85 for paralegals. I have

contracted with said law firm pursuant to the Attorney/Client Contract attached hereto. It is required that said attorneys will seek compensation pursuant to the Bankruptcy Code with Applications for Compensation to be reviewed and approved by the Bankruptcy Court as permitted by 11 *U.S.C. §§* 330 and 331.

WHEREFORE, Applicant prays that the estate be authorized to employ the firm of Evans Keane LLP generally as his attorney to render services in the areas described above with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

DATED this 19th day of May, 2020.

          /s/ Noah G. Hillen
          Noah G. Hillen, Trustee

## VERIFICATION OF ATTORNEY

I, JED W. MANWARING, do hereby verify and state that I am an attorney at law duly admitted to the practice in the State of Idaho. I am a partner with the law firm of Evans Keane LLP in Boise, Idaho. I do not, and other attorneys in this firm do not, hold or represent any interest adverse to the estate. To the best of my knowledge, we do not represent or have connections to the Debtor, any creditors, any other party in interest, or their respective attorneys and accountants. Further, I am and the attorneys in this firm are "disinterested persons" under 11 *U.S.C. §* 101(14) in that we: are not a creditor; equity security holder; or an insider of the Debtor; do not have any connection to the United States Trustee's Office ("USTO") or anyone employed by the USTO; and do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.

Pursuant to disclosure required by Rule 2014, to the best of my knowledge, I and the attorneys in this firm do not have any connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

Dated this 19th day of May, 2020.

                                              EVANS KEANE LLP

                                              By  /s/ Jed W. Manwaring
                                              Jed W. Manwaring, Of the Firm
                                              Attorneys for Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2020, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

- **Noah G. Hillen**  ngh@hillenlaw.com, dlr@hillenlaw.com; llm@hillenlaw.com; sellassets@ecf.inforuptcy.com; ID14@ecfcbis.com
- **C Grant King**    kinglawck@cableone.net
- **US Trustee**    ustp.region18.bs.ecf@usdoj.gov

 

        /s/ Jed W. Manwaring
Jed W. Manwaring

## ATTORNEY/CLIENT CONTRACT

On this 19th day of May, 2020, **Noah G. Hillen, as Trustee of the Bankruptcy of Emily A. Tynon,** hereinafter called "Client," does hereby request and authorize the firm of Evans Keane LLP, hereinafter called "Attorneys," to represent Client as legal counsel for the bankruptcy estate.

i)  Attorneys will devote their full professional abilities to Client's case, and Client agrees to cooperate fully with Attorneys.

ii)  Subject to the requirements of the Bankruptcy Code with application to and approval of the United States Bankruptcy Court, District of Idaho, Client agrees to pay Attorneys for their services an hourly rate of $250 per hour for Partners and Of Counsel, $225 per hour for Associates and $85 per hour for paralegals, plus costs and disbursements.

iii)  Attorneys agree that only the bankruptcy estate may be pursued for payment of the legal fees. In the event no funds are recovered or are available in the bankruptcy estate or the bankruptcy court disallows payment, Attorneys will receive no payment.

iv)  Client agrees to reimburse Attorneys for all out-of-pocket expenses incurred reasonably and necessarily incurred by the Attorneys including, but not limited to: copies; long distant telephone charges; postage and special notice supplies; filing fees; transcripts; depositions; certification fees; recording fees; expert witness fees; title reports; subpoena fees; *etc*. Said reimbursements are also subject to the requirements of the Bankruptcy Code with application to and approval of the United States Bankruptcy Court, District of Idaho.

v)  Client agrees that Attorneys have made no promises or guarantees regarding the resolution of Client's issues or legal problems. Client and Attorneys reserve the right, subject to Bankruptcy Court approval, to terminate this Contract.

I HAVE READ THIS CONTRACT AND AGREE TO ITS TERMS AND CONDITIONS. THERE ARE NO OTHER AGREEMENTS BETWEEN CLIENT AND ATTORNEYS EXCEPT THOSE EXPRESSLY SET FORTH IN THIS CONTRACT.

      /s/ Noah G. Hillen
Noah G. Hillen, Trustee


EVANS KEANE LLP

By:   /s/ Jed W. Manwaring
Jed W. Manwaring, of the Firm

*TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS AND VERIFICATION OF ATTORNEY - 6*