**Jed W. Manwaring ISB #3040**
**EVANS KEANE LLP**
**1161 W. River Street, Suite 100**
**P. O. Box 959**
**Boise, Idaho 83701-0959**
**Telephone: (208) 384-1800**
**Facsimile: (208) 345-3514**
**E-mail:  jmanwaring@evanskeane.com**

**Attorneys for Trustee, Noah G. Hillen**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In Re: | Case No. 20-00339-TLM |
|---|---|
| **EMILY A. TYNON,** | Chapter 7 |
| Debtor. | |

## WITHDRAWAL OF TRUSTEE'S APPLICATION
## TO EMPLOY ATTORNEYS

The firm of Evans Keane LLP hereby withdraws its filing titled Trustee's Application to Employ Attorneys and Verification of Attorney filed on May 19, 2020, as Doc. No. 21.  Jed W. Manwaring requests to be removed from all future notices in this case.

DATED this 12th day of June, 2020.

                                                  EVANS KEANE LLP

                                                  By      /s/ Jed W. Manwaring
                                                      Jed W. Manwaring, Of the Firm
                                                        Attorneys for Trustee

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 12th day of June, 2020, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

- **Noah G. Hillen**    ngh@hillenlaw.com, dlr@hillenlaw.com; llm@hillenlaw.com; sellassets@ecf.inforuptcy.com; ID14@ecfcbis.com

- **Kathleen A. McCallister**  kam@kam13trustee.com, kmccallister13@ecf.epiqsystems.com

- **Bob E Pangburn**    pangburn@q.com

- **US Trustee**    ustp.region18.bs.ecf@usdoj.gov


                                                               /s/ Jed W. Manwaring
                                                               Jed W. Manwaring