UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) <br> ) <br> EMILY A. TYNON, ) <br> ) <br> Debtor. ) <br> ) <br> ) | Case No. 20-00339-JMM <br><br> Chapter 13 |

**ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AND GRANTING RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

Upon consideration of the record before this Court and First Interstate Bank's ("**Movant**") Stipulation for Relief from the Automatic Stay and Co-Debtor Stay, Docket No. 46, executed by counsel for Debtor Emily A. Tynon ("**Debtor**") and Kathleen McCallister, Chapter 13 Trustee, as to the termination of the automatic stay pursuant to 11 U.S.C. § 362 and termination of the co-debtor stay pursuant to 11 U.S.C. § 1301, as to the property of the estate described in the Stipulation as: 2019 Freedom Elite 22FE Class C, with VIN Number 1FDWE3FSXKDC18069 (the "**Property**"). The Court being informed and good cause existing;

**IT IS HEREBY ORDERED**:

The Stipulation is approved and relief from the automatic stay and the co-debtor stay is granted to Movant as to the Property.

ORDER APPROVING STIPULATION FOR RELIEF FROM THE
AUTOMATIC STAY AND CO-DEBTOR STAY AND GRANTING RELIEF
FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY - 1

44833.0154.12971083.1

IT IS FURTHER ORDERED good cause is shown to waive the fourteen (14) day stay period under Federal Rule of Bankruptcy Procedure 4001(a)(3).



DATED: July 6, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by:

/s/ Brent R. Wilson
Attorney for First Interstate Bank

Approved as to form:

/s/ Bob E. Pangburn
Attorney for Debtor

/s/ Kathleen McCallister
Chapter 13 Trustee

ORDER APPROVING STIPULATION FOR RELIEF FROM THE
AUTOMATIC STAY AND CO-DEBTOR STAY AND GRANTING RELIEF
FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY - 2

44833.0154.12971083.1